UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT FOR FORIDA

IN RE:                                                    CASE NO   19-26150-RAM
                                                          Chapter    7

Maria Del Pilar Dubois Gutierrez

      Debtor.
_____/

**EXPARTE MOTION TO CONVERT FROM CHAPTER 7
BANKRUPTCY CASE TO CHAPTER 13**

    COMES NOW, the Debtor, Maria Del Pilar Dubois Gutierrez, by and through the undersigned counsel, pursuant to 11 U.S.C. ' 1306(a), and elects to convert the above-captioned Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code. The Debtor is entitled to convert his case because:

1. That this case was inadvertently filed as a Chapter 7 Bankruptcy on December 2, 2019 and has not been previously converted under sections 112 or 13013 of the Bankruptcy Code.

2. That the Debtor is eligible to be a Debtor under Chapter 13 of the Bankruptcy Code.

  WHEREFORE, the Debtor requests this Honorable Court for relief under Chapter the Bankruptcy Code and grants this Notice to Convert Chapter 7 Bankruptcy case to Chapter 13.

**CERTIFICATE OF SERVICE AND
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

    I CERTIFY, that a true and correct copy of the foregoing was mailed to all parties on the attached service list on this 5th day of December, 2019.

                                                    By: _____/s/_____
                                                        James A. Poe, Esquire
                                                        Fla. Bar No. 1013956
                                                        JAMES ALAN POE, P.A.
                                                        9500 So. Dadeland Blvd., Suite 610
                                                        Miami, FL 33156
                                                        (305) 670-3950

**SERVICE LIST**

Miami| |||||undeliverable
Miriam Elso |c/o Raphael Lopez, Esquire|Lopez Roca, P.A.|44 West Flagler Street, Suite 1750|Miami, FL 33130-6816| |
Office of the US Trustee |51 S.W. 1st Ave.|Suite 1204|Miami, FL 33130-1614|||
James A Poe |9500 S. Dadeland Blvd #510|Miami, FL 33156-2819||||
Marcia T Dunn |66 West Flagler Street, Ste 400|Miami, FL 33130-1807||||
Maria Del Pilar Dubois Gutierrez |7150 S.W. 98th Street|Miami, FL 33156-3049||||